The following constitutes
the order of the court. Signed December 8, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No. 10-46382 RLE

**NANCY LYNN CURRY,**                   Chapter 13

        Debtor.           ORDER MODIFYING CHAPTER 13 PLAN
_____/

The above named debtor having served a Motion to Modify Chapter 13 Plan on November 16, 2011, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Commencing November 2011, debtor will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

                            **END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **Attorneys for Debtor** |
| | Patrick L. Forte, Esq. |
| 3 | Anne Y. Shiau |
| | One Kaiser Plaza, #480 |
| 4 | Oakland, CA 94612 |
| 5 | U.S. Trustee |
| | 1301 Clay Street, #690N |
| 6 | Oakland, CA 94612 |
| 7 | **Chapter 13 Trustee** |
| | Martha Bronitsky |
| 8 | Trustee |
| | P.O. Box 5004 |
| 9 | Hayward, CA 94540 |
| 10 | **Debtor** |
| | Nancy Lynn Curry |
| 11 | 1319 Cornell Avenue |
| | Berkeley, CA 94702 |